

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER OF REINSTATEMENT

Appellate case name:        David Nino v. The State of Texas

Appellate case number:    01-19-00511-CR

Trial court case number:    1548025

Trial court:                        209th District Court of Harris County

Appellant, David Nino, has filed a motion to reinstate this appeal. On February 4, 2020, we issued an order abating this appeal because appellant did not file a brief. On February 3, 2020, the night before our abatement order issued, appellant filed his brief in this Court. Ten days have passed without a response from appellee, the State of Texas. *See* TEX. R. APP. P. 10.3(a). Accordingly, we **grant** appellant's motion, withdraw our February 4, 2020 order of abatement, and reinstate this appeal. Appellant's prior motions to extend time, which we denied in our abatement order that we now withdraw, are **dismissed** as moot. The brief of appellee, the State of Texas, is due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature:    _/s/  Evelyn V. Keyes_____
                              ☑ Acting individually    ☐ Acting for the Court


Date:  February 20, 2020